EXHIBIT A

TRANSFERS

| Vendor Name | Transaction Date | Transaction No. or Check/Wire | Transaction Amount |
|---|---|---|---|
| FAR SIGHT TECHNOLOGIES, INC. | 01/02/2009 | 3516 | 1,126,125.92 |
| FAR SIGHT TECHNOLOGIES, INC. | 01/08/2009 | 3551 | 38,000.00 |
| FAR SIGHT TECHNOLOGIES, INC. | 02/05/2009 | 3642 | 30,000.00 |
| FAR SIGHT TECHNOLOGIES, INC. | 02/05/2009 | 3651 | 39,000.00 |
| FAR SIGHT TECHNOLOGIES, INC. Total | | | 1,233,125.92 |